**Richard B. BLANCO, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 43108.**

Court of Criminal Appeals of Texas.

June 17, 1970.

No attorney on appeal.

Ted Butler, Dist. Atty., and Sparta Bitsis, Asst. Dist. Atty., San Antonio, and Jim D. Vollers, State's Atty., Austin, for the State.

### OPINION

DOUGLAS, Judge.

The conviction is for robbery by assault; the punishment, twenty years.

The procedure in this appeal is identical to that used in the case of Blanco v. State of Texas, Tex.Cr.App., 455 S.W.2d 212 (this day decided), where the appeal was abated.

For the reasons set forth therein, the appeal will be abated.

It is so ordered.

**Richard B. BLANCO, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 43109.**

Court of Criminal Appeals of Texas.

June 17, 1970.

No attorney on appeal.

Ted Butler, Dist. Atty., and Sparta Bitsis, Asst. Dist. Atty., San Antonio, and Jim D. Vollers, State's Atty., Austin, for the State.

### OPINION

DOUGLAS, Judge.

The conviction is for sodomy; the punishment, fifteen years.

The procedure in this appeal is identical to that used in the case of Blanco v. State of Texas, Tex.Cr.App., 455 S.W.2d 212 this day decided), where the appeal was abated.

For the reasons set forth therein, the appeal will be abated.

It is so ordered.